# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE L. CLARK,<br><br>      Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:16-cv-00437-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 13) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before February 17, 2017;
2. Defendant's response shall be filed on or before March 20, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before April 4, 2017.

IT IS SO ORDERED.

Dated: **January 4, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

-1-