# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE L. CLARK, | Case No.: 1:16-cv-00437-SAB |
| Plaintiff, | ORDER RE THIRD STIPULATION TO EXTEND BRIEFING SCHEDULE |
| v. | (ECF No. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

On February 17, 2017, the parties filed a third stipulation to extend the briefing schedule in this action.  The Court shall grant this final stipulation, however, no further extensions shall be granted in this action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before March 23, 2017
2. Defendant shall file her response to Plaintiff's opening brief on or before April 24, 2017; and

/ / /

/ / /

-1-

3. Plaintiff's reply, if any, shall be filed on or before May 9, 2017.

IT IS SO ORDERED.

Dated: __**February 17, 2017**__

UNITED STATES MAGISTRATE JUDGE