# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE L. CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:16-cv-00437-SAB<br><br>ORDER AMENDING SCHEDULING ORDER |

　　　The parties stipulated to an amendment of the scheduling order which was approved on February 21, 2017.  Pursuant to that stipulation, Plaintiff's opening brief was due on March 23, 2017.  Plaintiff did not file the opening brief until April 3, 2017.

　　　Accordingly, IT IS HEREBY ORDERED that the scheduling order in this action is amended as follows:

　　　1.　　Defendant's response to Plaintiff's opening brief shall be filed on or before May 3, 2017; and

　　　2.　　Plaintiff's reply brief, if any, shall be filed on or before May 17, 2017.

IT IS SO ORDERED.

Dated:　**April 4, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1