# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE L. CLARK,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:16-cv-00437-SAB<br><br>DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 17, 18, 19, 22) |

   Plaintiff Christine Clark filed a complaint on March 29, 2016 challenging the Commissioner of Social Security's denial of benefits.  On March 29, 2017, an order issued requiring Plaintiff's counsel to show cause why sanctions should not issue for the failure to comply with the scheduling order issued in this action.  Counsel was required to file a detailed plan addressing how that scheduling orders in the cases pending before the undersigned would be complied with and to serve a copy of the order to show cause on the plaintiff in this action.

   On April 3, 2017, counsel filed a response to the order to show cause setting forth the detailed plan.  On April 5, 2017, a proof of service was filed showing that Plaintiff was served with a copy of this order on April 3, 2017.

   The Court has reviewed the response to the order to show cause and the detailed plan.  The Court finds that the plan adequately addresses the Court's concerns raised in the March 29, 2017 order to show cause.  Counsel has now complied with the order to show cause requirements

and the Court shall discharge the order to show cause. However, when firms are unable to meet the obligations in the cases currently pending, the firms should consider whether they should be accepting new cases or to reduce intake so as to avoid these unnecessary orders. Plaintiff's counsel's firm shall be on notice that any further violations of the scheduling orders issued in cases before the undersigned will result in the issuance of sanctions.

  Accordingly, the order to show cause issued March 29, 2017, is HEREBY DISCHARGED; and Counsel SHALL SERVE this order on the firm's managing partner.

IT IS SO ORDERED.

Dated: **April 6, 2017**

UNITED STATES MAGISTRATE JUDGE